**No. 48883.**—Protests 32888–K, etc., of Barrett & Co. et al. (New York).

Opinion by WALKER, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 48884.**—Protests 967701–G, etc., of Sprouse-Reitz Co. et al. (Los Angeles, etc.).

Opinion by WALKER, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.